Order issued October 10, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-01172-CR

**ERVIN JEFFERY JONES, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

Before Chief Justice Wright and Justices Bridges and Myers

Based on the Court's opinion of this date, we **GRANT** the May 31, 2012 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Ervin Jeffery Jones, No. 11052152, Dallas County Jail - North Tower, P.O. Box 660334, Dallas, Texas, 75266-0334.

_____
CAROLYN WRIGHT
CHIEF JUSTICE